# Exhibit D

## Shawn Heubusch

**From:** Frank Riccobono <Frank.Riccobono@co.genesee.ny.us>
**Sent:** Monday, December 11, 2023 9:00 AM
**To:** Shawn Heubusch
**Subject:** RE: Parises

Same thing with us. This time she bypassed the Sheriff and went to the county manager.

My staff hates calling them because you never know what their attitude is going to be.

Thanks for the input.



**Frank A. Riccobono**
Director of Emergency Communications
Email: frank.riccobono@co.genesee.ny.us

**Genesee County Sheriff's Office**
165 Park Rd.
Batavia, New York 14020
Tel:  (585) 345-3000 Ext.3429
Fax: (585) 343-9129
Website: http://www.co.genesee.ny.us/departments/sheriff/

**From:** Shawn Heubusch <sheubusch@batavianewyork.com>
**Sent:** Friday, December 8, 2023 7:47 PM
**To:** Frank Riccobono <Frank.Riccobono@co.genesee.ny.us>
**Subject:** Re: Parises

Basically it was their attitude and constant complaints about equity. The straw that broke it for me was a request that was made during one of our shootings this summer where Elana showed up and then declined the tow because "we don't pay". She was rude and abusive.

She then complained to the manager and council members until we came to an understanding. So far things have been ok.

That is always one of her complaints when we speak is the inequity in the county. I tell her that she has to go speak with the Sheriff.

Hope this helps, happy to discuss further if you'd like.

Shawn Heubusch
Police Chief

On Dec 8, 2023, at 2:40 PM, Frank Riccobono <Frank.Riccobono@co.genesee.ny.us> wrote:

1

Hi Shawn.

A while back you sent an email suspending calling Parises for tows in the city and then sent another email reinstating them.

Are you able to share the reasoning for the suspension?

Helen and her daughter went to the County Manager's Office complaining that they are not getting their fair share of tows . It seems to be more that they are complaining about tows outside the city.

Anything that you could share would be appreciated.

&lt;image001.jpg&gt;

**Frank A. Riccobono**
Director of Emergency Communications
Email: frank.riccobono@co.genesee.ny.us

**Genesee County Sheriff's Office**
165 Park Rd.
Batavia, New York 14020
Tel:   (585) 345-3000 Ext.3429
Fax:  (585) 343-9129
Website: http://www.co.genesee.ny.us/departments/sheriff/

NOTICE: The information contained in this message and any documents, files, previous messages or other information attached are intended for the recipient only and may be protected from disclosure. If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

NOTICE: The information contained in this message and any documents, files, previous messages or other information attached are intended for the recipient only and may be protected from disclosure. If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.
NOTICE: The information contained in this message and any documents, files, previous messages or other information attached are intended for the recipient only and may be protected from disclosure. If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

2